615 A.2d 337

**COMMONWEALTH of Pennsylvania**

v.

**David E. MARK, Appellant.**

Supreme Court of Pennsylvania.

Argued Oct. 23, 1992.

Decided Nov. 13, 1992.

Reargument Denied Jan. 19, 1993.

David E. Mark, Pittsburgh, for appellant.

Harold H. Cramer, Asst. Chief Counsel, Timothy P. Wile, Asst. Counsel-in-Charge, Com. of Pa., Dept. of Transp., Bureau of Traffic Safety, Harrisburg, for appellee.

Before NIX, C.J., and ZAPPALA, PAPADAKOS and CAPPY, JJ.

210

## ORDER

PER CURIAM:

The Court being equally divided, the Order of the Commonwealth Court is affirmed.

LARSEN and FLAHERTY, JJ., did not participate in the consideration or decision of this case.

ZAPPALA and PAPADAKOS, JJ., dissent.